Prob.12-MDPA (6/2013)-Gen. 1.2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
PROBATION OFFICE



Petition on Probation and Supervised Release

U.S.A. vs. Eugene P. Cushard    **Docket Number:**    4:10-CR-163-02

**COMES NOW,** Cynthia Kozel, **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Eugene P. Cushard who was sentenced to three years supervised release by the Honorable Christopher C. Conner, Chief United States District Judge, sitting in the Court in Harrisburg, Pennsylvania, on February 16, 2012, who imposed the general terms and conditions adopted by the Court and also imposed the special conditions and terms as follows:

You shall pay a special assessment of $100 and $769,762.64 restitution.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 4, 2015, Eugene P. Cushard commenced supervision. His scheduled expiration date is February 3, 2018. The subject was ordered to pay restitution in the amount of $769,762.64 to be paid in monthly installments of $100. A balance of $764,288.38 remains and the special assessment of $100 is paid in full. The amount is to be paid Joint and Several with co-defendant Linda J. Cushard. Mr. Cushard has advised Probation that the U.S. Department of the Treasury deducts $125 monthly from his Social Security benefits and applies it towards his restitution obligation.

Eugene P. Cushard reports as directed and is in compliance with the conditions of his supervised release. It is recommended that his supervised release be permitted to expire on February 3, 2018. Assistant United States Attorney Jenny Roberts was advised of our recommendation.

**PRAYING THAT THE COURT WILL ORDER** that the subject's supervised release be permitted to expire on February 3, 2018, without further action of the Court.

Respectfully,

/s/Cynthia A. Kozel, January 12, 2018
U.S. Probation Officer

---

**ORDER OF COURT:**

Considered and ordered this 16th day of January, 2018, and ordered filed and made part of the records in the above case.

Christopher C. Conner
Chief United States District Judge